UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2021 MAR -2 P 4:57

CLERK OF COURT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DESHAZO A. CAMPBELL,

        Defendant.

Case No.:

[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C),
& 860(a); 18 U.S.C. §§ 922(g)(1), 924(a)(2)
& 924(c)]

**21-CR-046**

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about September 2, 2020, in the State and Eastern District of Wisconsin,

**DESHAZO A. CAMPBELL**

did knowingly and intentionally possess with intent to distribute controlled substances.

2. The offense involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

3. The offense occurred within 1,000 feet of the real property comprising the Phillis Wheatley Elementary School, a public elementary school.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about September 2, 2020, in the State and Eastern District of Wisconsin,

**DESHAZO A. CAMPBELL**

did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count One of this Indictment.

2. The firearm is more particularly described as a SAR Arms, Model B6P, 9mm semi-automatic pistol, bearing serial no.: T1102-13E02162.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about September 2, 2020, in the State and Eastern District of Wisconsin,

**DESHAZO A. CAMPBELL,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate and foreign commerce, the possession of which was therefore in and affecting interstate and foreign commerce.

2. The firearm is more fully described as a SAR Arms, Model B6P, 9mm semi-automatic pistol, bearing serial no.: T1102-13E02162.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 924(c) set forth in Count Two of this Indictment or Title 18, United States Code, Section 922(g)(1) set forth in Count Three of this Indictment, the defendant, **DESHAZO A. CAMPBELL**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Sections 924(c) and/or 922(g)(1), including, but not limited to a SAR Arms, Model B6P, 9mm semi-automatic pistol, bearing serial no.: T1102-13E02162.

A TRUE BILL:

[signature redacted]
FOREPERSON

Date: 3/2/2021

_____
RICHARD G. FROHLING
Acting United States Attorney